# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2020

159235-8

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

HAZIM GULLA, IKHALAS GULLA, HEATHER GULLA, HOLLY GULLA, HEIDI GULLA, DARRELL DAVIS, BARBARA DAVIS, ELISA KLINE, MASON KLINE, ELIZABETH EBERHARDT, JIMMY JAMES, LAROSA E. PATRICK, HELEN CHAPMAN, DAMARIUS CHAPMAN, SADE CHAPMAN, DIONTE CHAPMAN, TAJUANA CHAPMAN, TASHIANA CHAPMAN, KYEIRA HOWELL, LASHONDA JONES, DOROTHY CHAPMAN, Individually and as Conservator of the ESTATE OF LULA PEARL ATKINS-NELSON, SHAMIYA CHAPMAN, DUQUAN CHAPMAN, HARRY CHAPMAN, MICHAEL LYMON, DEBORAH CHAPMAN-MARSHALL, FREDERICK MARSHALL, ESSIE CHAPMAN, INEZ MARIE WALKER, RONNIE L. WALKER, SHAWANA M. WALKER, STEVEN W. REDMOND, JEROME CHAPMAN, JEANETTE CHAPMAN, MAURICE CHAPMAN, MAY J. CHAPMAN, JOHN W. CHAPMAN, BOBBIE RODGERS, HENRY C. BIGGS, RENITA M. COLEMAN, MELEISA A. BETTS, ANGELA PRICE, D'ANNA N. PRICE, AA'NIYAH EVANS, ARTAYAH PRICE, BOBBY DEAN GRACE, TERRY GRAVELLE, MARILYN DONEY-GRAVELLE, ANGELINA DONEY, ANNE M. HICKS, JOSHUA HICKS, LAQUANTUS CARDWELL, RAVEN NEAL, ROMERO CARDWELL, SIRQRON CARDWELL, KATHLEEN CLIFTON, CARLTON BUTLER, DANIEL CLIFTON, DEBBIE MITCHELL-BUTLER, MAGNOLIA YOUNGER, RYAN YOUNGER, GOWON YOUNGER, TIESHA TAYLOR, DAMARRION E. TAYLOR, MARIAH A. TAYLOR, KANIYA TAYLOR, and PAULA BROWN,
   Plaintiffs-Appellees,

v

STATE OF MICHIGAN, GOVERNOR, DEPARTMENT OF ENVIRONMENTAL QUALITY, and DEPARTMENT OF HEALTH AND HUMAN SERVICES,
   Defendants-Appellants,

and

SC: 159235
COA: 340017
Court of Claims: 16-000298-MZ

EDWARD KURTZ, DARNELL EARLEY,
and JERRY AMBROSE,
   Defendants-Appellees,

and

DAN WYANT,
   Defendant.
_____/

LAWRENCE WASHINGTON, JR., Individually
and as Next Friend of TAYLOR WASHINGTON,
Minor, MORGAN WASHINGTON, Minor,
CHLOE WASHINGTON, Minor, MADISON
WASHINGTON, Minor, and LAWRENCE
WASHINGTON, Minor, AARON SWINGER,
ANGELA WAY, and CONNIE McNEAL,
   Plaintiffs-Appellees,

v

GOVERNOR, STATE OF MICHIGAN,
DEPARTMENT OF ENVIRONMENTAL
QUALITY, and DEPARTMENT OF HEALTH
AND HUMAN SERVICES,
   Defendants-Appellants,

and

DARNELL EARLEY, GERALD AMBROSE,
and MIKE BROWN,
   Defendants-Appellees,

and

ED KURTZ,
   Defendant.
_____/

HAZIM GULLA, IKHALAS GULLA, HEATHER
GULLA, HOLLY GULLA, HEIDI GULLA,
DARRELL DAVIS, BARBARA DAVIS, ELISA
KLINE, MASON KLINE, ELIZABETH
EBERHARDT, JIMMY JAMES, LAROSA E.
PATRICK, HELEN CHAPMAN, DAMARIUS
CHAPMAN, SADE CHAPMAN, DIONTE
CHAPMAN, TAJUANA CHAPMAN,
TASHIANA CHAPMAN, KYEIRA HOWELL,
LASHONDA JONES, DOROTHY CHAPMAN,
Individually and as Conservator of the ESTATE OF

SC: 159236
COA: 340275
Court of Claims: 16-000300-MM

LULA PEARL ATKINS-NELSON, SHAMIYA CHAPMAN, DUQUAN CHAPMAN, HARRY CHAPMAN, MICHAEL LYMON, DEBORAH CHAPMAN-MARSHALL, FREDERICK MARSHALL, ESSIE CHAPMAN, INEZ MARIE WALKER, RONNIE L. WALKER, SHAWANA M. WALKER, STEVEN W. REDMOND, JEROME CHAPMAN, JEANETTE CHAPMAN, MAURICE CHAPMAN, MAY J. CHAPMAN, JOHN W. CHAPMAN, BOBBIE RODGERS, HENRY C. BIGGS, RENITA M. COLEMAN, MELEISA A. BETTS, ANGELA PRICE, D'ANNA N. PRICE, AA'NIYAH EVANS, ARTAYAH PRICE, BOBBY DEAN GRACE, TERRY GRAVELLE, MARILYN DONEY-GRAVELLE, ANGELINA DONEY, ANNE M. HICKS, JOSHUA HICKS, LAQUANTUS CARDWELL, RAVEN NEAL, ROMERO CARDWELL, SIRQRON CARDWELL, KATHLEEN CLIFTON, CARLTON BUTLER, DANIEL CLIFTON, DEBBIE MITCHELL-BUTLER, MAGNOLIA YOUNGER, RYAN YOUNGER, GOWON YOUNGER, TIESHA TAYLOR, DAMARRION E. TAYLOR, MARIAH A. TAYLOR, KANIYA TAYLOR, and PAULA BROWN,

    Plaintiffs-Appellees,

v

STATE OF MICHIGAN, GOVERNOR, DEPARTMENT OF ENVIRONMENTAL QUALITY, and DEPARTMENT OF HEALTH AND HUMAN SERVICES,

    Defendants-Appellants,

and

EDWARD KURTZ, DARNELL EARLEY, JERRY AMBROSE, and DAN WYANT,

    Defendants.

SC: 159237
COA: 340458
Court of Claims: 16-000298-MZ

———————————————————————————————/

LAWRENCE WASHINGTON, JR., Individually
and as Next Friend of TAYLOR WASHINGTON,
Minor, MORGAN WASHINGTON, Minor,
CHLOE WASHINGTON, Minor, MADISON
WASHINGTON, Minor, and LAWRENCE
WASHINGTON, Minor, AARON SWINGER,
ANGELA WAY, and CONNIE McNEAL,
          Plaintiffs-Appellees,

v

GOVERNOR, STATE OF MICHIGAN,
DEPARTMENT OF ENVIRONMENTAL
QUALITY, and DEPARTMENT OF HEALTH
AND HUMAN SERVICES,
          Defendants-Appellants,

and

DARNELL EARLEY, GERALD AMBROSE,
MIKE BROWN, and ED KURTZ,
          Defendants.

———————————————————————————————/

SC: 159238
COA: 340890
Court of Claims: 16-000300-MM

By order of July 2, 2019, the application for leave to appeal the January 24, 2019 judgment of the Court of Appeals was held in abeyance for *Mays v Governor* (Docket Nos. 157335-7, 157340-2). On order of the Court, the cases having been decided on July 29, 2020, ___ Mich ___ (2020), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CLEMENT, J., not participating due to her prior involvement as chief legal counsel for the Governor.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2020



Clerk

a1019